UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YUDENIS MENDEZ-PRADES,<br>Petitioner(s),<br>v.<br>BRUCE SCOTT,<br>Respondent(s). | CASE NO. C26-2571-KKE<br><br>ORDER ON MOTION FOR APPOINTMENT OF COUNSEL |

This is a federal habeas action filed under 28 U.S.C. § 2241. Petitioner Yudenis Mendez-Prades has filed a motion to appoint counsel. Dkt. Nos. 3, 6. Having reviewed Petitioner's motion to appoint counsel (Dkt. Nos. 3, 6), his petition for writ of habeas corpus (Dkt. No. 4), and the relevant record, the Court finds that, because of the complex issues involved in this case, the interests of justice would be served by appointing counsel for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). Moreover, the materials submitted in support of his application to proceed *in forma pauperis* support his financial eligibility for such appointment.[1] *See* Dkt. No. 5.

Accordingly, the Court ORDERS as follows:

(1) The Court GRANTS Petitioner's request for appointment of counsel. Dkt. Nos. 3, 6.

(2) This matter is referred to the Office of the Federal Public Defender for review.

[1] Although Petitioner filed an application to proceed *in forma pauperis* (Dkt. No. 5), he has also paid the filing fee, so his application is moot.

(3) The Court requests that the Office of the Federal Public Defender review the petition and advise the Court by August 28, 2026, if it will seek appointment in this matter.

(4) The Clerk is directed to send a copy of this Order to Petitioner and to the Office of the Federal Public Defender.

Dated this 12th day of August, 2026.

Kymberly K. Evanson
United States District Judge