UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YUDENIS MENDEZ-PRADES,<br><br>Petitioner(s),<br>v.<br><br>BRUCE SCOTT,<br><br>Respondent(s). | CASE NO. C26-2571-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE REPLY DEADLINE |

The Court has considered Petitioner's unopposed motion for an extension of time to submit a reply in support of his petition for writ of habeas corpus. Dkt. No. 14. Finding good cause, the Court GRANTS the motion (*id.*) and ORDERS that Petitioner may file a reply no later than September 23, 2026. The clerk is directed to RE-NOTE the petition's return (Dkt. No. 10) for September 23, 2026.

Dated this 31st day of August, 2026.

Kymberly K. Evanson
United States District Judge